UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:10-00099 |
| | ) | JUDGE HAYNES |
| TRAVIS R. HOGG, | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant's second motion to withdraw plea of guilty (Docket Entry No. 47) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 8th day of September, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge