IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 3:10-00099 |
| | ) | JUDGE HAYNES |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRAVIS R. HOGG, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

The trial is set in this action for **Tuesday, September 24, 2013 at 9:00 a.m.**

It is so **ORDERED**.

ENTERED this the 23rd day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court