IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:10-cr-00099 |
| v. ) | Chief Judge Haynes |
| ) | |
| TRAVIS R. HOGG ) | |

## ORDER

For the reasons set forth on the record in open court, the Court accepts the parties' plea agreement and agreed upon sentence. The Defendant, **Travis R. Hogg**, is **sentenced to time served** and **three years supervised release.** Formal judgment will follow.

It is so **ORDERED**.

ENTERED this the 25 day of October, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court