UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:10-00099 |
| v. | ) | |
| | ) | Judge Haynes |
| TRAVIS A. HOGG | ) | |

**MOTION TO CORRECT JUDGMENT**

*ORDER*

*Motion to Granted* [handwritten annotation]

*11-5-13* [handwritten]

The United States of America, by its attorneys David Rivera, Acting United States Attorney for the Middle District of Tennessee, and Brent A. Hannafan, Assistant United States Attorney, hereby requests this Court correct the Judgment in this case in order to add that the defendant is subject to random drug testing by the Probation Office as a condition of his supervised release.

At the conclusion of defendant's sentencing hearing, the United States requested that this Court order that an additional condition of the defendant's supervised release be that he will be subject to random drug testing by the Probation Office. This Court granted that request but that special condition was not included in the Judgment.

The United States respectfully requests that this Court correct the Judgment by adding the special condition of his supervised release that the defendant is subject to random drug testing by the Probation Office. The defendant's attorney, Michael Holley, has advised the undersigned that he has no objection to this Motion.

1