PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Travis R. Hogg</u>  Case Number: <u>3:10-00099</u>

Name of Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief U.S. District Court Judge</u>

Date of Original Sentence: <u>September 9, 2011</u>

Date of Amended Sentence: <u>October 25, 2013</u>

Original Offense: <u>21 U.S.C. §841(a)(1), Possession with Intent to Distribute Cocaine Base</u>

Original Sentence: <u>188 months' custody and 4 years' supervised release</u>

Amended Sentence: <u>Time served and 3 years' supervised release</u>

Type of Supervision: <u>Supervised release</u>  Date Supervision Commenced: <u>October 25, 2013</u>

Assistant U.S. Attorney: <u>Brent A. Hannafan</u>  Defense Attorney: <u>Michael C. Holley</u>

---

The Court orders:

☑ No Action Necessary at this Time *as recommended*
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this ___ day of February, 2014,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Brad Bartels
U.S. Probation Officer

Place  Cookeville

Date  February 21, 2014

Report on Offender
Under Supervision

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| **1.** | **The defendant shall refrain from any unlawful use of a controlled substance.** |

On February 5, 2014, Mr. Hogg was given a drug test that appeared to be positive for marijuana. When questioned by the probation officer, Mr. Hogg denied new use. The urine sample was confirmed by the laboratory to be positive for marijuana.

On February 20, 2014, Mr. Hogg was given a drug test and the results were negative for any illegal drug use. He remains on the random drug testing program.

**Compliance with Supervision Conditions and Prior Interventions:**
Travis Hogg lives with his girlfriend in Lebanon, Tennessee, and is currently employed with Marion and Green Roofing. Mr. Hogg began his three year term of supervised release on October 25, 2013, and is due to terminate supervision on October 24, 2016.

A report was submitted to the Court on January 30, 2014, regarding positive drug tests on January 7, January 9, and January 27, 2014. As a result of the positive drug tests, the probation officer verbally reprimanded Mr. Hogg after each test. Mr. Hogg was referred for weekly substance abuse treatment at Cumberland Mental Health in Lebanon, Tennessee. The Court ordered no additional action.

As a result of the positive drug test on February 4, 2014, the probation office requested a nanogram test be conducted by Alere Toxicology Services. This test showed the level of THC in the urine samples taken on January 21, 2014, and February 4, 2014. On February 11, 2014, the probation office received lab results showing an increase in nanograms from 165ng to 1303ng. The lab concluded that Mr. Hogg reused marijuana prior to the urine collection on February 4, 2014. This conclusion was based on using patterns by Mr. Hogg, the half-life of the drug, and the increase in the normalized level of drug between the dates the samples were taken.

The probation officer and his supervisor met with Mr. Hogg on February 20, 2014. Mr. Hogg was reminded that four positive drug tests in a calendar year may result in revocation of his supervised release. Mr. Hogg was encouraged to actively participate in his outpatient substance abuse treatment, and to be a positive role model to his children.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Hogg remain on supervised release, participate in substance abuse treatment, and not incur any future violations. Assistant U.S. Attorney Brent Hannafan has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved:  _/s/ Britton Shelton_
Britton Shelton
Supervisory U.S. Probation Officer